

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00324-CV

**LAW OFFICES OF PRESTON HENRICHSON, P.C.**
a/k/a Law Offices of Preston Henrichson,
Appellant

v.

**STARR COUNTY HOSPITAL DISTRICT** d/b/a Starr County Memorial Hospital,
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-12-246
Honorable Ana Lisa Garza, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the order of the trial court is REVERSED, and judgment is RENDERED that appellee Starr County Hospital District is not entitled to recover any attorney's fees against appellant Law Offices of Preston Henrichson, P.C. It is ORDERED that appellant Law Offices of Preston Henrichson, P.C. recover its costs of this appeal against appellee Starr County Hospital District.

SIGNED June 25, 2014.

_Catherine Stone_
Catherine Stone, Chief Justice